# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

| | |
|---|---|
| WALTER BRANTLEY and DEBRA BRANTLEY,<br><br>Plaintiffs,<br><br>vs.<br><br>SELENE FINANCE, LP,<br><br>Defendant. | Civil Action No. 5:20-cv-00495-D |

## ORDER GRANTING MOTION TO SEAL

This matter is before the Court on Defendant, Selene Finance, LP's ("Defendant") Consent Motion to Seal Inadvertently Filed Confidential Materials [ECF No. 20], which seeks to permanently seal a confidential settlement agreement ("Settlement Agreement") that was inadvertently filed with the Court on October 1, 2021. Plaintiffs, Walter Brantley and Debra Brantley ("Plaintiffs") have consented to the relief requested by Defendant's motion. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Court finds that the parties agreed that the terms of the Settlement Agreement would be kept confidential. The Settlement Agreement was not submitted to the Court for approval, but was inadvertently filed electronically with the Court [ECF No. 18] in connection with the filing of the parties' Stipulation of Dismissal. The Court finds that Selene has demonstrated a compelling interest in preserving the confidentiality of the Settlement Agreement as bargained for by the parties, and that there is little competing

public interest in the disclosure of the inadvertent filing under these circumstances. The Court further finds that alternatives to sealing, such as redaction, are not feasible where the parties have agreed that the entire settlement agreement is to remain confidential.

**IT IS THEREFORE ORDERED** that Selene Finance, L.P.'s Consent Motion to Seal Inadvertently Filed Confidential Materials is GRANTED. The Proposed Sealed Stipulation of Dismissal filed at ECF No. 18 shall be permanently sealed.

SO ORDERED. This 25 day of October, 2021.

JAMES C. DEVER III
United States District Judge

2

Case 5:20-cv-00495-D   Document 22   Filed 10/25/21   Page 2 of 2